STATE OF NORTH CAROLINA v. WILLIAM FRANK McCLEARY

No. 13A84

(Filed 6 July 1984)

APPEAL by defendant from a decision of the Court of Appeals, opinion by *Johnson, J.,* with *Hill, J.,* concurring and *Phillips, J.,* dissenting, reversing an order of dismissal entered by *Smith, S. J.,* at the 26 July 1982 Session of GASTON Superior Court. The decision is reported at 65 N.C. App. 174, 308 S.E. 2d 883 (1983).

*Rufus L. Edmisten, Attorney General, by Steven F. Bryant, Assistant Attorney General, for the State.*

*Gingles and Hamrick by Ralph C. Gingles, Jr., for defendant appellant.*

PER CURIAM.

We have considered the briefs of the parties, they having by stipulation waived oral argument, on the question of the constitutionality of our statutes controlling lotteries, N.C. Gen. Stat. §§ 14-289, 14-290, and 14-292.1. We have also considered the dissenting opinion in the Court of Appeals and the thoughtful, well-reasoned, and thoroughly documented majority opinion of that court justifying its decision sustaining the constitutionality of the questioned statutes. We conclude that the decision should be and it is

Affirmed.